Opinion issued September 15, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00735-CV

———————————

IN RE MICHAEL ROBINSON, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

          By petition for writ of mandamus,
relator, Michael Robinson, challenges the trial court’s temporary injunction
staying the foreclosure sale of a certain parcel of real property located in
Brazoria County.[1]  

          We deny the petition for writ of mandamus.  We dismiss
relator’s motion for emergency relief as moot.

PER CURIAM

 

Panel
consists of Chief Justice Radack and Justices Bland and Huddle.

 











[1]
          The underlying case is William Cason, et al. v. Michael Robinson,
et al., No. 59473, in the 23rd District Court of Brazoria County, Texas,
the Honorable Ben Hardin presiding.